AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated With A SIM Card, ID# 8901260262<br>876405772 71.02 & TM9258, accessible at premises controlled<br>by T-Mobile USA, Inc., 4 Sylvan Way, Parsippany, NJ 07054 | )<br>)<br>)   Case No. 2:15-MJ-35<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Jersey
*(identify the person or describe the property to be searched and give its location)*:

Information Associated With A SIM card, ID# 8901260262 876405772 71.02 & TM9258, accessible at premises controlled by T-Mobile USA, Inc., 4 Sylvan Way, Parsippany, NJ 07054

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

The Personal Unlocking Key code associated with the above-identified SIM card

**YOU ARE COMMANDED** to execute this warrant on or before   MARCH 25, 2015   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   JOHN M. CONROY   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____ .

Date and time issued:   March 11, 2015
                         1:33 p.m.                          _____
                                                            *Judge's signature*

City and state:    Burlington, Vermont             Hon. John M. Conroy, U.S. Magistrate Judge
                                                   *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:15-MJ-35 | Date and time warrant executed:<br>3/19/2015 | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

On March 27, 2015, I received info from T Mobile; 2015-04168

Obtained: Puk code 32587906

Subscriber: Quality Goods IMD USA INC
4747 36th St STE 202197
Long Island City, NY, 11101
# 347-837-6199

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/27/2015

_Executing officer's signature_

Joseph Marriott /(A)SBPA
_Printed name and title_